UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN ROSS RICHARD | CIVIL ACTION NO.: |
| VERSUS | |
| | SECTION: |
| PATRICK GISLER, EAN HOLDINGS, LLC, RENTAL INSURANCE SERVICES, INC., ACE AMERICAN INSURANCE COMPANY, LANCE BOUDREAUX, AND USAA CASUALTY INSURANCE COMPANY | JURY TRIAL REQUESTED |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

1.

Plaintiff, Brian Ross Richard is a citizen of the State of Louisiana and domiciliary of the Parish of East Baton Rouge.  The defendant, Patrick Gisler, is a major domiciliary of the Country of Switzerland; the defendant, Ean Holdings, LLC, is a foreign corporation domiciled in the State of Delaware; the defendant, Rental Insurance Services, Inc., is a foreign insurer domiciled in the State of Missouri, doing business in the State of Louisiana;  the defendant, Ace American Insurance Company, is a foreign insurer domiciled in the State of Pennsylvania, doing business in the State of Louisiana; the defendant, Lance Boudreaux, is a major domiciliary of the State of Louisiana; and, USAA Casualty Insurance Company, is a foreign insurer domiciled in the State of Texas, doing business in the State of Louisiana.  This action is brought pursuant to 28 U.S.C. 1332 et seq, diversity of citizenship.  The amount in controversy exceeds seventy-five thousand dollars exclusive of interest and costs.

2.

Made defendants herein are:

A.  Patrick Gisler, a major domiciliary of the Country of Switzerland;

B.  Ean Holdings Inc., a foreign corporation domiciled in the State of Delaware;

C.  Rental Insurance Services, Inc., a foreign insurer domiciled in the State of Missouri, licensed to do and doing business in the State of Louisiana;

D.  Ace American Insurance Company, a foreign insurer domiciled in the State of Pennsylvania, licensed to do and doing business in the State of Louisiana;

E.  Lance Boudreaux, a major domiciliary of the State of Louisiana; and,

F.  USAA Casualty Insurance Company, a foreign insurer domiciled in the State of Texas, licensed to do and doing business in the State of Louisiana.

3.

On or about May 16, 2012 Brian Ross Richard was the passenger and Lance Boudreaux was the owner and operator of a 2004 BMW 330, which was taking a left hand turn onto Highland Road from a business driveway, turning westbound on Highland Road in East Baton Rouge Parish, State of Louisiana.

4.

On or about May 16, 2012, Patrick Gisler was the operator and Ean Holdings, LLC was the owner of a 2012 Chevrolet Tahoe rental vehicle traveling eastbound on Highland Road in East Baton Rouge Parish, State of Louisiana.

5.

As the Boudreaux vehicle attempted to turn left from a business driveway onto Highland Road, suddenly and without warning the Gisler vehicle attempted to go around another vehicle

trying to make the green left turn arrow on Highland Road, and collided with the Boudreaux vehicle head on resulting in serious injury to plaintiff.

6.

The described incident was caused by the neglect or other fault of Patrick Gisler in the following manner:

   (1) proceeding in the wrong lane;
   (2) ignoring traffic signals/markers;
   (3) failing to maintain a proper lookout;
   (4) cutting into oncoming traffic causing a head on collision; and,
   (5) other acts of neglect or other fault to be shown at trial.

7.

At all pertinent times, Patrick Gisler was in a rental vehicle as an authorized operator, owned by Ean Holdings, LLC, rendering Ean Holdings, LLC vicariously liable for the injuries and damages claimed herein.

8.

At all times pertinent herein, Rental Insurance Services, Inc. of Missouri and Ace American Insurance Company of Pennsylvania had in full force and effect a policies of insurance wherein the named or omnibus insured was Patrick Gisler and Ean Holdings, LLC, which policies provide coverage for the injuries and damages claimed herein.

9.

As Brian Ross Richard was a guest passenger in the vehicle, being driven by defendant Lance Boudreaux, any negligence attributed to Lance Boudreaux additionally caused damages to plaintiff herein. Upon information and belief, USAA Casualty Insurance Company provided

coverage for any damages sustained as a result of any negligent conduct of Lance Boudreaux and the vehicle he was operating with plaintiff as the guest passenger.

10.

As a result of the described accident, plaintiff, Brian Ross Richard, has suffered severe personal injuries, including but not limited to, severe physical injury, severe emotional injury, pain and suffering, past and future medical expenses, loss of enjoyment of life, loss of earnings or earnings incapacity, and other damages which may be shown at the trial of this matter.

11.

Plaintiffs are entitled to and desire a trial by jury.

WHEREFORE, Plaintiff prays that a certified copy of this petition, together with citations to appear and answer same in the form and manner prescribed by law, be duly served upon the defendants, in accordance with law, and after all legal delays and due proceedings had, there be judgment herein in favor of plaintiff and against defendants, Patrick Gisler, Ean Holdings, LLC., Ace American Insurance Company of Pennsylvania, Lance Boudreaux, and USAA Casualty Insurance Company of Texas, jointly and solidarily, or alternatively, individually and severally, for all reasonable compensatory and punitive damages, together with legal interest thereon from the date of judicial demand, until paid, and for all costs of these proceedings.

PLAINTIFF FURTHER PRAYS that this Honorable Court fix the fee for each and every expert witness they may be required to call or use to establish the cause, nature and extent of their losses and damages and to tax the same as costs herein.

PLAINTIFF FURTHER PRAYS for trial by jury.

PLAINTIFF FURTHER PRAYS for all orders and decrees necessary or proper in the premises which law, equity, or the nature of the case may permit.

Respectfully Submitted,
McKERNAN LAW FIRM

_____
J. CHANDLER LOUPE (#19955)
Chet G. Boudreaux (#28504)
Richard F. Zimmerman, III (#31374)
Christopher J. Corzo (#30451)
C. Chadwick Boykin (#29735)
5630 Bankers Avenue
Baton Rouge, Louisiana 70808
Telephone: (225) 926-1234
Facsimile: (225) 926-1202