UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN ROSS RICHARD | CIVIL ACTION NO.: |
| VERSUS | 3:13-cv-00304-BAJ-RLB |
| PATRICK GISLER, EAN HOLDINGS, LLC, RENTAL INSURANCE SERVICES, INC., ACE AMERICAN INSURANCE COMPANY, LANCE BOUDREAUX, AND USAA CASUALTY INSURANCE COMPANY | JUDGE BRIAN A. JACKSON<br><br>MAG. JUDGE BOURGEOIS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR DISMISSAL

ON JOINT MOTION of plaintiff, **BRIAN ROSS RICHARD,** and defendant, **ACE AMERICAN INSURANCE COMPANY,** through their respective undersigned counsel, and upon suggesting to this Honorable Court that **BRIAN ROSS RICHARD,** wishes to dismiss this action in its entirety, including, defendant, **ACE AMERICAN INSURANCE COMPANY**, as well as all defendants who have not been served nor appeared in the above proceedings, without prejudice.

Plaintiff and Defendants have agreed that complete diversity does not exist in the present action, and there are no other grounds for Federal Jurisdiction in the above matter.

As such, Plaintiff respectfully requests that this matter be dismissed without prejudice, as there is another action currently pending in the 19th Judicial District Court regarding the same

accident and same parties, in which the defendants have answered, and we are proceeding forward with the prosecution of that action.

**RESPECTFULLY SUBMITTED,**

BY: _____
J. Chandler Loupe (#19955)
MCKERNAN LAW FIRM
5630 Bankers Avenue
Baton Rouge, Louisiana  70808
Attorney for Plaintiff, ***Brian Ross Richard***

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN ROSS RICHARD | CIVIL ACTION NO.: |
| VERSUS | 3:13-cv-00304-BAJ-RLB |
| PATRICK GISLER, EAN HOLDINGS, LLC, RENTAL INSURANCE SERVICES, INC., | JUDGE BRIAN A. JACKSON |
| ACE AMERICAN INSURANCE COMPANY, LANCE BOUDREAUX, AND USAA CASUALTY INSURANCE COMPANY | MAG. JUDGE BOURGEOIS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

CONISIDERING THE FORGOING JOINT MOTION, IT IS ORDERED, that the lawsuit of plaintiff, **BRIAN ROSS RICHARD,** be dismissed without prejudice in its entirety including defendant, **ACE AMERICAN INSURANCE COMPANY**, as well as all defendants who have not been served nor appeared in the above proceedings, without prejudice, reserving plaintiff's right to proceed in the pending action in the 19th Judicial District Court.

**SIGNED** in Baton Rouge, Louisiana, this _____ day of July, 2013.

_____
**JUDGE**