UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN ROSS RICHARD | CIVIL ACTION |
| VERSUS | |
| PATRICK GISLER, ET AL. | NO.: 13-00304-BAJ-RLB |

### ORDER OF DISMISSAL

**IT IS ORDERED** that Plaintiff Brian Ross Richard's **Motion for Dismissal (Doc. 4)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **DISMISSED**, without prejudice.

Baton Rouge, Louisiana, this 10th day of July, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA